# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:12-CR-83-1FL

FRANKLYN EARL BANNERMAN

On Wednesday, November 25, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Michael C. Brittain  
Michael C. Brittain  
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 20th day of May, 2014.

Louise W. Flanagan  
U.S. District Judge